IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY JONES,                              :
                                          :
                    Plaintiff,            :        CIVIL ACTION NO. 20-6004
                                          :
        v.                                :
                                          :
VICTORIA GESSNER, M.D.,                   :
                                          :
                    Defendant.            :

## ORDER

**AND NOW**, this 29th day of October, 2021, after considering the motion for summary judgment filed by the defendant, Victoria Gessner, M.D. (Doc. No. 14), the defendant's statement of undisputed material facts in support of the motion for summary judgment (Doc. No. 15), the response in opposition to the motion for summary judgment filed by the plaintiff, Corey Jones (Doc. No. 18), the plaintiff's response to the defendant's statement of undisputed material facts and his statement of additional facts that he contends precludes summary judgment (Doc. No. 19), the defendant's response to the plaintiff's statement of additional facts (Doc. No. 21), and the defendant's reply brief (Doc. No. 22); and after hearing oral argument from the parties on the motion for summary judgment on September 29, 2021; accordingly, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The motion for summary judgment (Doc. No. 14) is **GRANTED**;

2.      Judgment is hereby **ENTERED** in favor of the defendant, Victoria Gessner, M.D., and against the plaintiff, Corey Jones; and

3.      The clerk of court shall mark this case as **CLOSED**.

                                    BY THE COURT:


                                    /s/ *Edward G. Smith*
                                    EDWARD G. SMITH, J.